# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Allstate Insurance Company, Allstate Property and Casualty Insurance Company, and Allstate Indemnity Company, | Civ. No. 17-223 (PAM/BRT) |
| Plaintiffs, | |
| v. | **ORDER EXTENDING THE FACT DISCOVERY DEADLINE FOR THE LIMITED PURPOSE OF TAKING CERTAIN FACT DEPOSITIONS** |
| Huy Ngoc Nguyen, D.C., et al., | |
| Defendants. | |

This matter is before the Court on Plaintiffs' Motion to Compel Deposition Testimony and Motion to Amend the Pretrial Scheduling Order. The Court finds good cause to amend the Scheduling Order.

Based on the parties' stipulation on the record following oral argument on the motion, **IT IS HEREBY ORDERED** that the fact discovery deadline is extended to **August 19, 2019** to permit the taking of the following depositions before the expiration of this deadline: Defendant Huy Ngoc Nguyen, D.C.; Bac Nguyen; Quincy Chettupally; and Tryphena Chettupally. Counsel agreed on the record to work together to coordinate the scheduling of these depositions. If, for some reason, there are concerns regarding the scheduling of these depositions, Plaintiffs' counsel must promptly inform the Court. The Court very much appreciates counsels' efforts to resolve the pending motion in a

stipulated agreement. Based on the parties' stipulation, Plaintiffs' Motion to Compel and to Amend Pretrial Scheduling Order (Doc. No. 123) is **DENIED** as moot.

To the extent Defendant Huy Ngoc Nguyen seeks a protective order regarding the topics to be covered at his deposition, Defendant Nguyen must bring his motion no later than 30 days prior to the deposition.

Non-dispositive motions relating to the above depositions must be filed, served and **HEARD** no later than **August 23, 2019**. All other applicable deadlines and requirements set forth in the Pretrial Scheduling Order (Doc. No. 56), remain in full force and effect.

Date: June 18, 2019

                                           *s/ Becky R. Thorson*
                                           BECKY R. THORSON
                                           United States Magistrate Judge